12 de julio de 2005

Honorable Carmen Consuelo de Cerezo
US District Court of P.R.
Ave. Carlos Chardon #150
San Juan, Puerto Rico 00918

Caso: CR97-005(CCC)-4

Honorable Juez Carmen Consuelo de Cerezo:

     Inmediatamente me ubique en la libre comunidad mediante la media casa, me mude a la residencia de mi madre en la calle Sorbona #249 University Gardens, San Juan y comencé a trabajar. Al momento de comenzar mi libertad supervisada el 22 de febrero de 2003 ya me encontraba laborando con Healthkeepers Hospice Inc. agencia para la cual continuo laborando. Este trabajo además de proveerme una estabilidad económica me a llenado mucho espiritualmente ya que mi trabajo es como oficial de enlace donde oriento al paciente y/o familiares sobre los servicios que la agencia les brinda en la etapa Terminal del paciente.

     Para Agosto de 2003 reanude mis estudios universitarios en la Universidad Interamericana con el fin de terminar el bachillerato en Contabilidad.En Julio de 2004 me tome un receso de mis estudios universitarios ya que tenia mucho interés en tomar un curso en bienes raíces, el cual complete en la Escuela de Alberto Hernández Real Estate. Al terminar el curso me mantuve tomando repasos y cursos adicionales en el periodo de octubre a diciembre con el fin de aprobar dicho examen en el mes de diciembre. El pasado mes de febrero recibí los resultados donde aprobé el mismo.No obstante para el próximo mes de agosto tengo planificado reanudar nuevamente mis estudios universitarios.

     Cabe señalar que pertenezco al cuadro de honor de la Universidad Interamericana y a finales del 2004 fui nominado por la universidad para pertenecer al Who's Who Among Students in American Universities and Colleges. Y en enero de 2005 recibí la notificación que fui seleccionado a pertenecer a este exclusivo grupo, lo cual me llena de mucho orgullo.

     No tan solo han habido cambios en mi vida a nivel de educación y trabajo sino que en mi vida personal también, en febrero de 2004 conocí a Merali Carrero por medio de unas amistades en común y entablamos una amistad la cual se formalizo y en diciembre de 2004 decidimos casarnos. El 21 de mayo de 2005 contrajimos matrimonio. A partir de este momento resido con mi esposa en el pueblo de Toa Baja.

Hoy me siento muy contento de notificarle que para el próximo febrero de 2006 seré padre nuevamente. Mis hijos y toda mi familia nos encontramos muy contentos y le pedimos a Dios no los bendiga.

Se que en un momento de mi vida tome el camino equivocado y cometí errores por los que tuve que pagar las consecuencias. Hoy en día utilizo esto para enseñarles a mis hijos y a cualquier persona que tomar el camino erróneo tiene sus consecuencias. Pero les dejo saber también que existe la rehabilitación si uno pone de su parte. Me siento muy orgulloso de haber alcanzado todos estos logros que le he mencionado.
Me gustaría mucho el poder cerrar este capitulo de mi vida. Se que es algo que jamás voy a olvidar pero es algo que quiero dejar atrás.

He demostrado a mi familia, a la sociedad y a mi mismo que estoy rehabilitado y que soy una persona productiva a esta sociedad

Honorable Juez le pido que finalice mi libertad supervisada como así lo permite la ley.


Atentamente,

*[signature]*

Axel J. Rivera Velásquez
3000 calle Coral Apt 1011
Cond. Lago Playa
Toa Baja P.R. 00949
Casa 787-795-3846
Celular-939-940-3950