IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

1) JUAN MANUEL ISERN-SUAREZ
   a/k/a JUAMA
2) JONATHAN TRUJILLO-ROBLES
   a/k/a CUSO
3) LISETTE NEGRON
   a/k/a LA GORDA
**4) AXEL RIVERA-VELAZQUEZ**
5) ADALBERTO MONROIG
6) JOSE BONANO ROMAN
7) JAVIER SANTIAGO
8) JESUS ALOMAR
9) CARLOS FELICIANO-COLLAZO
10) MIGUEL LOPEZ-FIGUEROA
11) HUGO FABIAN NIEVES
12) RAFAEL ROSARIO ROSADO
13) and LISA GONZALEZ SAFFELDER

Defendants

CRIMINAL 97-0005CCC

# O R D E R

The United States Probation Office and the United States shall respond to the letter-motion requesting early termination of supervised release filed by defendant Axel J. Rivera-Velázquez pro se on July 13, 2005 (docket entry 607) by AUGUST 8, 2005.

SO ORDERED.

At San Juan, Puerto Rico, on July 26, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge